UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Madeline Cox Arleo |
| | : | |
| v. | : | Crim. No. 15-CR-390 (MCA) |
| | : | |
| IVAN TURCHYNOV, | : | GOVERNMENT'S FORFEITURE BILL OF |
| a/k/a "Ivan Turchinov," | : | PARTICULARS |
| a/k/a "Ivan Turchinoff," | : | |
| a/k/a "Vladimir Gopienko," | : | |
| a/k/a "DSU," | : | |
| OLEKSANDR IEREMENKO, | : | |
| a/k/a "Aleksandr Eremenko," | : | |
| a/k/a "Zlom," | : | |
| a/k/a "Lamarez," | : | |
| ARKADIY DUBOVOY, | : | |
| IGOR DUBOVOY, and | : | |
| PAVEL DUBOVOY | : | |

The United States of America respectfully gives notice that the property subject to forfeiture as a result of the offenses charged in Counts One through Sixteen of the Indictment, and Count Twenty-Three of the Indictment, as alleged in the Forfeiture Allegations in the Indictment, includes but is not limited to the property listed in the schedule attached hereto as Exhibit A.

Dated: Newark, New Jersey
August 12, 2015

PAUL J. FISHMAN
UNITED STATES ATTORNEY

*s/Sarah Devlin*
By: SARAH DEVLIN
Special Assistant United States
Attorney

**EXHIBIT A**

(a) All rights, title, and interest, including all appurtenances and improvements thereon, in the property located at 606 Fernwood Street, Panama City, Florida;

(b) All rights, title, and interest, including all appurtenances and improvements thereon, in the property located at 50 Laurel Trail South, Dawsonville, Georgia;

(c) All funds and other property on deposit in TD Ameritrade Account Number [redacted]6350, held in the name of Southeastern Holding & Investment Company LLC;

(d) All funds and other property on deposit in Wells Fargo Account Number [redacted]1646, held in the name of Boni, Inc.;

(e) All funds and other property on deposit in Wells Fargo Account Number [redacted]1884, held in the name of M&I Advising Associates LLC;

(f) All funds and other property on deposit in Wells Fargo Account Number [redacted]1549, held in the name of Igor Dubovoy; and

(g) All funds and other property on deposit in Wells Fargo Account Number [redacted]6774, held in the names of Arkadiy Dubovoy and Vera Dubovoy.